FILED
2015 DEC -4 PM 12:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**15-2343M**

| | | |
|---|---|---|
| **PLAINTIFF(S)** US v. | **CASE NUMBER** | 8:15MJ349 |
| **DEFENDANT(S)** Khalif ALOGBA | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** | |

The above-named defendant was charged by: __HSI__
in the __Western__ District of __Nebraska__ on __12/1/15__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __unk__
in violation of Title __18__ U.S.C., Section(s) __1343__
to wit: __Wire fraud__

A warrant for defendant's arrest was issued by: __Thomas D. Thalken US Mag.__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __12/4/15__, by

_____, Deputy Clerk.

| Signature of Agent | Scott Uelia |
|---|---|
| | Print Name of Agent |
| HSI | Special Agent |
| Agency | Title |

CR-52 (05/98)     AFFIDAVIT RE OUT-OF-DISTRICT WARRANT